UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                   24 CR 51 (PKC)

        -against-                                  ORDER

Mohanad Al-Zubaidi, Saleh Mohammed Hauter,
et al.,

                       Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for May 14, 2024 is adjourned until June 25, 2024 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue discussing a potential pretrial resolution to the pending charges.  Accordingly, the time between today and June 25, 2024 is excluded.

        SO ORDERED.

                                                        P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
        May 9, 2024
p