

116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
609.734.4380

52 Duane Street, 7th Floor
New York, New York 10007
212.933.9323
PKATZLEGAL.COM

July 16, 2024

**BY ECF AND EMAIL**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    **United States v. Mohanad Al-Zubaidi, 24 Cr. 51 (PKC)**

Dear Judge Castel:

I am counsel to Mr. Al-Zubaidi in the above-captioned matter. I write to update the Court regarding the status of Mr. Al-Zubaidi's case. The case had been on the calendar before Your Honor for a status conference on June 25, 2024. On June 23, 2024, AUSA Matthew King informed the Court that the case could be set down for a change of plea hearing sometime after July 4, 2024 (Dkt. No. 31). That change of plea hearing was scheduled before Your Honor for this Thursday, July 18, 2024 and then referred by you to the Duty Magistrate.

My client has now informed me that he needs some additional time to consider the plea offer and that he is consulting additional counsel. I am also aware that co-defendant Saleh Mohammed Hauter's case has been adjourned to September 10, 2024 at 11:00am for a pretrial conference. As such, I respectfully request that Mr. Al-Zubaidi's case be re-joined with Mr. Hauter's for a September 10th status conference. Should Mr. Al-Zubaidi be prepared to plead guilty prior to that date, of course, we shall promptly inform the Court.

I have informed AUSA Matt King of this information and request, and he has no objection.

In addition, Mr. Al-Zubaidi has no objection to the express exclusion of time in the interests of justice pursuant to Title 18, United States Code, Section 3161(h)(7) until the date of the adjourned conference. The interests served by such an exclusion outweigh the public's and



116 VILLAGE BOULEVARD, SUITE 200
PRINCETON, NEW JERSEY 08540
609.734.4380

52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
212.933.9323
PKATZLEGAL.COM

the defendant's interest in a speedy trial because an exclusion will allow Mr. Al-Zubaidi time to confer with new and present counsel and resolve the case with a pre-trial disposition.

Sincerely,

Peter Katz, Esq.
Law Offices of Peter Katz, LLC

Application granted.  Conference adjourned from July 18, 2024 to September 10, 2024 at 11:00 a.m. in Courtrom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to enable defendant to further consider a possible pre-trial disposition.  Accordingly, the time between today and September 10, 2024 is excluded.
SO ORDERED.
Dated:  7/16/2024

P. Kevin Castel
United States District Judge