UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                           24 CR 51 (PKC)

        -against-                                                ORDER

MOHANAD AL-ZUBAIDI and
SALEH MOHAMMED HAUTER,

                        Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for September 10, 2024 is adjourned is adjourned to October 30, 2024 at 11:00 a.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow counsel to continue to review discovery and to engage in discussions with the Government about a potential pre-trial resolution to the charges. Accordingly, the time between today and October 30, 2024 is excluded.

        SO ORDERED.

                                                          P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
          September 9, 2024