UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                   24 CR 51 (PKC)

         -against-                                           ORDER

MOHANAD AL-ZUBAIDI and
SALEH MOHAMMED HAUTER,

                        Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for December 3, 2024 is adjourned.  Plea hearing for Mohanad Al-Zubaidi is scheduled for January 15, 2024 at 12:00 p.m.  Plea hearing for Saleh Mohammed Hauter is scheduled for January 15, 2024 at 2:00 p.m.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to allow the parties to continue and finalize plea negotiations and preparations.  Accordingly, the time between today and January 15, 2025 is excluded.

        SO ORDERED.

                                                      P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
       December 3, 2024